

# United States District Court
# Eastern District of California

| Guidry Liason Group, Inc. d/b/a Liason International |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-01199-CSK |

V.

| Full Sail Logistics, LLC |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

____Trevor M. Nichols_____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

__Defendant Full Sail Logistics, LLC_____

On __March 26, 2024_____ (date), I was admitted to practice and presently in good standing in the

__Supreme Court of Ohio_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: __6/4/2025_____          Signature of Applicant: /s/ ___Trevor M. Nichols_____

U.S. District Court – Pro Hac Vice Application                                         Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name:                Trevor M. Nichols

Law Firm Name:                  Taft Stettinius & Hollister LLP

Address:                             425 Walnut Street, Suite 1800

City:                Cincinnati                State:    OH        Zip:    45202

Phone Number w/Area Code:    (513) 357-8773

City and State of Residence:    Madeira, Ohio

Primary E-mail Address:          tnichols@taftlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:            Katherine Balatbat

Law Firm Name:                     Valle Makoff LLP

Address:                             11777 San Vincente Blvd., Suite 890

City:                Los Angeles              State:   CA          Zip:    90049

Phone Number w/Area Code:    (310) 476-0300          Bar #    196758

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    June 5, 2025                          _____
                                                      JUDGE, U.S. DISTRICT COURT