

United States District Court
Eastern District of California

| Guidry Liason Group, Inc., et. al., | Case Number: 2:25-CV-01199-CSK |
|---|---|
| Plaintiff(s) | |
| V. | |
| Full Sail Logistics, LLC | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, George B. Musekamp hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Full Sail Logistics, LLC

On 11/08/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/18/2025        Signature of Applicant: /s/ George B. Musekamp

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | George B. Musekamp |
| Law Firm Name: | Taft Stettinius & Hollister LLP |
| Address: | 425 Walnut Street, Suite 1800 |
| City: | Cincinnati   State: Ohio   Zip: 45202 |
| Phone Number w/Area Code: | (513) 357-9453 |
| City and State of Residence: | Cincinnati, Ohio |
| Primary E-mail Address: | gmusekamp@taftlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Julie J. Roback |
| Law Firm Name: | Valle Makoff LLP |
| Address: | 11777 San Vincente Blvd, Suite 890 |
| City: | Los Angeles   State: CA   Zip: 90049 |
| Phone Number w/Area Code: | (310) 476-0300   Bar # 175528 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2025

_____
JUDGE, U.S. DISTRICT COURT



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Admissions and Compliance of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Section of the Supreme Court and that Office of Attorney Admissions and Compliance is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**George Brookshire Musekamp**
Attorney Registration No. **0087060**

was admitted to the practice of law in Ohio on November 8, 2010; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of June, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Admissions and Compliance*


Shannon Scheid
*Administrative Assistant, Attorney Services Section*

No. 2025-06-11-1
Verify by email at GoodStandingRequests@sc.ohio.gov