UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUIDRY LIASON GROUP, INC. DBA LIASON INTERNATIONAL, | Case No. 2:25-cv-01199-CSK |
| Plaintiff, | |
| v. | ORDER FOR JOINT SCHEDULING REPORT |
| FULL SAIL LOGISTICS, LLC, et al., | |
| Defendants. | |
| FULL SAIL LOGISTICS, LLC, | |
| Counterclaimant/ Third-Party Plaintiff, | |
| v. | |
| GUIDRY LIASON GROUP, INC. DBA LIASON INTERNATIONAL, | |
| Counterclaim Defendant, | |
| and | |
| JOSHUA PRICE, LLC, | |
| Third-Party Defendant. | |
| JOSHUA PRICE, LLC, | |

1

Cross-Claimant,

v.

FULL SAIL LOGISTICS, LLC, et al.,

Cross-Defendants.

This action has been assigned to Magistrate Judge Chi Soo Kim upon the consent of all parties pursuant to 28 U.S.C. § 636(c). (ECF Nos. 9, 16, 17, 36.) Defendant Full Sail Logistics, LLC has answered Plaintiff Guidry Liason Group, Inc.'s Complaint. (ECF No. 31.) Counterclaim Defendant Guidry Liason Group, Inc. has answered Counterclaimant Full Sail Logistics, LLC's First Amended Counterclaims. (ECF No. 33.) Third-Party Defendant Joshua Price, LLC has answered Third-Party Plaintiff Full Sail Logistics, LLC's Third-Party Complaint. (ECF No. 37.) Cross-Complainant Joshua Price, LLC has filed a crossclaim against Cross-Defendant Full Sail Logistics, LLC. (ECF No. 38.) All named defendants identified in the Complaint, Third-Party Complaint, or Cross-Complaint have appeared.[1] (*See* ECF Nos. 1, 30, 38.) Thus, this case is ripe for scheduling.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1.  Within 21 days of this order, the parties shall confer regarding the filing of a Joint Status Report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status Report:

    a) The parties' estimated length of trial, and whether the case will be tried to a

---

[1] Plaintiff Guidry Liason Group, Inc. also names Defendants Does 1-25 in the Complaint. (*See* ECF No. 1). Cross-Complainant Joshua Price, LLC names Roes 1-10 in the Cross-Complaint. (*See* ECF No. 38.)

2

jury or to the bench;

    b) If any "Doe" or "Roe" Defendants are named in the complaint or cross-complaint, whether such Doe or Roe Defendants will be dismissed by Plaintiff or Cross-Complainant, and if not, when Plaintiff and Cross-Complainant will identify and amend to name additional defendants currently identified as Doe Defendants or Roe Defendants;

    c) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery and Mediation Status Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur at least four weeks before the proposed trial date. The parties' proposed trial date should occur approximately three months after the dispositive motion hearing deadline; and

    d) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. An initial pretrial scheduling conference shall be held on Tuesday, June 16, 2026 at 10:00 a.m. in Courtroom 25.

3. The parties are reminded of the Local Rule 240(b) requirement to submit a proposed discovery plan within fourteen (14) days of the parties' discovery conference.

4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

/ / /

/ / /

3

5. The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated:  April 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, guid.1199.25.jsr