Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@stonedeanlaw.com
STONE | DEAN LLP
21052 Oxnard Street
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Cross-Defendant/Cross-Complainant,
Joshua Price

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GUIDRY LIASON GROUP, INC. dba LIASON INTERNATIONAL, a California Corporation,

Plaintiff,

v.

FULL SAIL LOGISTICS, LLC, an Ohio Limited Liability Company and DOES 1 through 25, inclusive,

Defendants.

And other related matters.

Case No.: 2:25-cv-01199-CSK

**~~[PROPOSED]~~ ORDER GRANTING PARTIES' STIPULATION TO VACATE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DELANEY AND RESETTING BEFORE MAGISTRATE JUDGE DEISS AND EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**

The Court, having considered the Parties' Stipulation to Vacate Settlement Conference Before Magistrate Judge Delaney, Reset Before Magistrate Judge Deiss, and Extend Deadline to Complete Settlement Conference, and good cause appearing, hereby ORDERS as follows:

1. The settlement conference set before Magistrate Judge Carolyn K. Delaney on October 8, 2026, is VACATED.

/ / /



STONE | DEAN LLP
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367

2. The settlement conference is RESET before Magistrate Judge Deiss on November 17, 2026, at 9:30 a.m. via Zoom, or on such other date and time as Magistrate Judge Deiss may set.

3. The deadline for the Parties to complete a settlement conference, currently October 28, 2026, is VACATED and EXTENDED to November 18, 2026.

4. All other dates and provisions of the Court's prior orders remain in effect.

IT IS SO ORDERED.

Dated: October 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, guid.1199.25

STONE | DEAN LLP
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367